In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00363-CV
_____

**GRADY JOHNSON, INDIVIDUALLY AND D/B/A PINEHURST PLAZA, JOHNSON CONVENIENT MINI STORAGE AND JOHNSON ENTERPRISES; AND, GRADY JOHNSON SQUARE, LTD., Appellants**

**V.**

**PENN-AMERICA INSURANCE COMPANY, Appellee**

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause No. D-100588-C**

**MEMORANDUM OPINION**

The appellants, Grady Johnson, Individually and d/b/a Pinehurst Plaza, Johnson Convenient Mini Storage and Johnson Enterprises; and, Grady Johnson Square, Ltd., filed a motion to dismiss this accelerated appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered February 14, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.